FORM 3-1

UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |
|---|---|
| ASSAN ALUMINYUM SANAYI VE TICARET A.S., KIBAR DIS TICARET A.S., KIBAR AMERICAS, INC., ISPAK ESNEK AMBALAJ SANAYI A.S.,<br><br>   *Plaintiffs*,<br><br>   v.<br><br>THE UNITED STATES,<br><br>   *Defendant*. | **Court No. 25-00137**<br><br>**SUMMONS** |

TO: The Attorney General and the U.S. Department of Commerce:

  **PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

             **/s/ Mario Toscano**
             Clerk of the Court

1. **Name and Standing of Plaintiff**

   Plaintiffs in this action are Assan Aluminyum Sanayi ve Ticaret A.S., Kibar Dis Ticaret A.S., Kibar Americas, Inc., and Ispak Esnek Ambalaj Sanayi A.S. ("Assan Group") or ("Plaintiffs"). Assan Group is a foreign producer and importer of aluminum foil from the Republic of Türkiye (the "subject merchandise"). Plaintiffs actively participated in the antidumping review before the U.S. Department of Commerce ("Commerce") upon which the contested determination was based and is an interested party pursuant to 19 U.S.C. § 1677(9)(A). Plaintiffs have standing to bring this action under 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c). Therefore, they have standing to commence this action pursuant to 19 U.S.C. § 1516a(a)(2)(A)(i)(II).

2. **Brief Description of Contested Determination**

   Plaintiffs contest certain findings of fact and conclusions of law made by the U.S. Department of Commerce and contained in *Certain Aluminum Foil From the*

AFSDOCS:302929790.5

FORM 3-2

*Republic of Türkiye: Final Results of Antidumping Duty Administrative Review; 2022–2023*, 90 Fed. Reg. 21896 (Dep't Commerce May 22, 2025).

3. **Date of Determination**

The contested final antidumping duty results were issued by the Department of Commerce on May 16, 2025.

4. **Date of Publication in Federal Register of Notice of Contested Determination**

The final antidumping duty results were published on May 22, 2025.

          Respectfully submitted,

          **/s/ Leah N. Scarpelli**
          Leah N. Scarpelli
          Matthew M. Nolan
          Jessica R. DiPietro
          Christian L. Bush
          Kimia Pourshadi

          ArentFox Schiff LLP
          1717 K Street, NW
          Washington, D.C. 20006-5344
          (202) 715-8403
          leah.scarpelli@afslaw.com

          *Counsel to Assan Aluminyum Sanayi ve Ticaret A.S., Kibar Dis Ticaret A.S., Kibar Americas, Inc., and Ispak Esnek Ambalaj Sanayi A.S.*

Date: June 23, 2025

AFSDOCS:302929790.5

### SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept . 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)

| | |
|---|---|
| Attorney-in-Charge<br>International Trade Field Office<br>Commercial Litigation Branch<br>U.S. Department of Justice<br>Room 346<br>26 Federal Plaza<br>New York, NY 10278 | Robert Heilferty, Chief Counsel<br>Office of the Chief Counsel for Trade Enforcement & Compliance<br>U.S. Department of Commerce<br>1401 Constitution Avenue, NW<br>Room 3627<br>Washington, D.C. 20230 |
| Jeanne E. Davidson<br>Director,<br>Civil Division<br>Commercial Litigation Branch<br>U.S. Department of Justice<br>1100 L Street, NW<br>Washington, D.C. 20530 | Evangeline Keenan, Director<br>APO/Dockets Unit<br>U.S. Department of Commerce<br>Room 18022<br>14th Street and Constitution Avenue, NW<br>Washington, D.C. 20230 |

**Commented [TL1]:** Confirm he is still chief counsel & that Jeanne E. Davisdon is still there.

**Commented [GK2R1]:** Confirming Robert Heilferty is still chief counsel.

**Commented [TL3R1]:** Leah, I am keeping Keenan's name. I think it is a good idea she is served so she knows we are still on the APO.

AFSDOCS:302929790.5