UNITED STATES COURT OF INTERNATIONAL TRADE                    FORM 8A

| | |
|---|---|
| Assan Aluminyum Sanayi ve Ticaret A.S., et al.,<br><br>                        Plaintiffs,<br><br>                v.<br><br>United States,<br><br>                        Defendant,<br><br>              and<br><br>Aluminum Association Trade Enforcement Working Group and its Individual Members,<br><br>                        Defendant-Intervenors. | Court No.     25-00137 |

## STIPULATION OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, having filed a stipulation of dismissal signed by all parties who have appeared in this action hereby dismisses this action.

Dated: 12/5/2025

/s/ Nancy N. Noonan
Signature of Plaintiffs' Attorney
Nancy A. Noonan
Attorney for Plaintiff
ArentFox Schiff LLP
Firm
1717 K Street, NW
Street Address
Washington, D.C. 20006-5344
City, State and Zip Code
202-857-6479
Telephone Number
nancy.noonan@afslaw.com
E-mail Address

/s/ Laurel Don Havens, III
Signature of Defendant's Attorney
Laurel Don Havens, III
Attorney for Defendant United States - DOJ Commercial Litigation Branch
Firm
P.O. Box 480, Ben Franklin Station
Street Address
Washington, DC 20044
City, State and Zip Code
(202) 307-0309
Telephone Number
laurel.havens@usdoj.gov
E-mail Address

UNITED STATES COURT OF INTERNATIONAL TRADE  FORM 8A (Continued)

| | |
|---|---|
| Assan Aluminyum Sanayi ve Ticaret A.S., et al., <br>     Plaintiffs, <br>   v. <br> United States, <br>     Defendant, <br>   and <br> Aluminum Association Trade Enforcement Working Group and its Individual Members, <br>     Defendant-Intervenors. | Court No.  25-00137 |

/s/ Joshua Rubin Morey
  Signature of Defendant-Intervenors' Attorney
Joshua Rubin Morey
  Attorney for Defendant-Intervenor
Kelley Drye & Warren, LLP
    Firm
3 World Trade Center 175 Greenwich Street
    Street Address
New York, NY 10007
    City, State and Zip Code
(202) 342-8867
    Telephone Number
jmorey@kelleydrye.com
    E-mail Address

Form 8A-2

Schedule to Stipulation of Dismissal

| Court Number(s) | Plaintiff(s) Name |
|---|---|
| Not applicable | Not applicable |

Order of Dismissal

    This action and those listed on the schedule set forth above, having been voluntarily stipulated for dismissal by all parties having appeared in the action, are dismissed.

Dated: _____

Clerk, U. S. Court of International Trade

By:_____
               Deputy Clerk

(As added Dec. 18, 2001, eff. April, 2002; and amended Aug. 2, 2010, eff. Sept. 1, 2010; Oct. 23, 2025, eff. Dec. 1, 2025.)